■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK D. SENA, Appellant. [639 NYS2d 695] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 10, 1994.

Ordered that the judgment is affirmed (*see, People v Kazepis*, 101 AD2d 816). Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHANEL SENOR, Appellant. [639 NYS2d 716] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 6, 1995 (*People v Senor*, 221 AD2d 384) affirming a judgment of the Supreme Court, Kings County, rendered February 2, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Joy, J. P., Hart, Goldstein and Florio, JJ., concur.